# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JULIE VOEKS,

            Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT INC. and MIDLAND FUNDING LLC,

            Defendants.

Case No. 19-CV-584-JPS

**ORDER**

On September 18, 2019, the plaintiff filed a notice of voluntary dismissal of this action with prejudice and without costs assessed to any party. (Docket #11). The Court will adopt that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The plaintiff's pending class certification motion, (Docket #3), will be denied as moot.

Accordingly,

**IT IS ORDERED** that the plaintiff's notice of voluntary dismissal (Docket #11) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party; and

**IT IS FURTHER ORDERED** that the plaintiff's class certification motion (Docket #3) be and the same is hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 20th day of September, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge